| | |
|---|---|
| **From:** | Renee Fagan <oohisis@hotmail.com> |
| **Sent:** | Monday, August 15, 2022 11:42 AM |
| **To:** | PAED Documents |
| **Subject:** | Re: Revival action 21-4222 proof service |

**CAUTION - EXTERNAL:**

Good Afternoon
I would like to withdrawal Case 2:21-cv-04222-PD FAGAN v. COUNCIL ROCK SCHOOL DISTRICT BOARD OF EDUCATION et al.
I am trying to find the proper way to do so, do you have a link that can help me find the correct o formation.

Thanks
Renee

Get Outlook for iOS

**From:** PAED Documents <paed_documents@paed.uscourts.gov>
**Sent:** Wednesday, September 29, 2021 3:55:36 PM
**To:** Renee Fagan <oohisis@hotmail.com>; Brian Weissman <Brian_J_Weissman@paed.uscourts.gov>
**Cc:** PAED Documents <paed_documents@paed.uscourts.gov>
**Subject:** RE: Revival action 21-4222 proof service

Hello Renee,

We can not click on any links to retrieve documents, please send the pdf attachments of the documents you wish to have filed back to this email account and we will have them filed.

Thank You

**From:** Renee Fagan <oohisis@hotmail.com>
**Sent:** Wednesday, September 29, 2021 3:43 PM
**To:** Brian Weissman <Brian_J_Weissman@paed.uscourts.gov>
**Cc:** PAED Documents <paed_documents@paed.uscourts.gov>
**Subject:** Revival action 21-4222 proof service

**CAUTION - EXTERNAL:**

https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:707cc8d9-2eea-41ca-9841-6032a776ddac

To whom it may concern,
I am sending the proof of service for Civil Acruon No. 21-4222
If I also need to mail please advise.

Thank you,
Renee Fagan

1

Get Outlook for iOS

---

**From:** Brian Weissman <Brian_J_Weissman@paed.uscourts.gov>
**Sent:** Tuesday, September 28, 2021 6:02:27 PM
**To:** Renee Fagan <oohisis@hotmail.com>
**Subject:** Re: USDC EDPA - SUMMONS

Good evening Renee,

I am so glad you were able to obtain a copy with the seal. I hope you enjoy your night!

Thank you kindly,

Brian J. Weissman
Case Processing Clerk
United States District Court
Eastern District of Pennsylvania
**** An email sent to this account is not an accepted method to submit documents for filing. If you wish to electronically submit a document to the Court for filing it must be emailed to PAED_documents@paed.uscourts.gov or filed electronically on CM/ECF. ****

---

**From:** Renee Fagan <oohisis@hotmail.com>
**Sent:** Tuesday, September 28, 2021 5:26:59 PM
**To:** Brian Weissman <Brian_J_Weissman@paed.uscourts.gov>
**Subject:** Re: USDC EDPA - SUMMONS

**CAUTION - EXTERNAL:**

Thanks for responding:) apparently the deal would only show if printed from my computer and not my phone. Just incase another ever asks the same question, tell them to print from a computer:).
Have a super day
Renee

Get Outlook for iOS

---

**From:** Brian Weissman <Brian_J_Weissman@paed.uscourts.gov>
**Sent:** Tuesday, September 28, 2021 1:09:35 PM
**To:** Renee Fagan <oohisis@hotmail.com>
**Subject:** Re: USDC EDPA - SUMMONS

Good afternoon Renee,

  Unfortunately I am not sure what the issue is. The USDC seal is still showing on our end, which leads me to believe it may be an issue on your end. I apologize I can't not see what you are seeing. You can always try sending the PDF to another email address or we could always send you a physical copy if requested.

Thank you kindly,

Brian J. Weissman
Case Processing Clerk
United States District Court
Eastern District of Pennsylvania

**** An email sent to this account is not an accepted method to submit documents for filing.  If you wish to electronically submit a document to the Court for filing it must be emailed to PAED_documents@paed.uscourts.gov or filed electronically on CM/ECF. ****

---

**From:** Renee Fagan <oohisis@hotmail.com>
**Sent:** Tuesday, September 28, 2021 1:04:35 PM
**To:** Brian Weissman <Brian_J_Weissman@paed.uscourts.gov>
**Subject:** Re: USDC EDPA - SUMMONS

**CAUTION - EXTERNAL:**

Hello
I am trying to print these out but when i do the smell is not showing? What do i need to do to get the seal to save on the pdf? Or help me please understand how I am supposed to print these?
Thank you
Renee Fagan


Get Outlook for iOS

---

**From:** Brian Weissman <Brian_J_Weissman@paed.uscourts.gov>
**Sent:** Monday, September 27, 2021 11:45:08 AM
**To:** oohisis@hotmail.com <oohisis@hotmail.com>
**Subject:** USDC EDPA - SUMMONS



Brian J. Weissman
Case Processing Clerk
United States District Court
Eastern District of Pennsylvania

**** An email sent to this account is not an accepted method to submit documents for filing.  If you wish to electronically submit a document to the Court for filing it must be emailed to PAED_documents@paed.uscourts.gov or filed electronically on CM/ECF. ****

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.